UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAVID PRONK | : | CIVIL ACTION NO. 04-11834 RWZ |
| **Plaintiff,** | : | |
| vs. | : | |
| | : | |
| NATIONAL RAILROAD PASSENGER | : | |
| CORPORATION d/b/a AMTRAK | : | |
| **Defendant.** | : | |

**STIPULATION FOR EXTENSION OF TIME
IN WHICH TO ANSWER COMPLAINT**

The parties to the above-captioned matter, through their undersigned counsel, hereby agree that the time within which the defendant, National Railroad Passenger Corporation may file its responsive pleading to the Plaintiff's Complaint be extended from October 4, 2004 up to and including October 24, 2004.

Respectfully submitted,

_George J. Cahill (PTD)_
George J. Cahill, BBO #069480
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, CT 06510
Tel: (617) 770-2900

Dated: 10/1/04

Respectfully submitted,

_Paul E. Dwyer_
Paul E. Dwyer, Jr., BBO #553848
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200

Dated: 10/1/04

_683482_1/