UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID PRONK                              :
        Plaintiff            :
                                         :
v.                                       :    C.A. No.:    04-11834 RWZ
                                         :
NATIONAL RAILROAD PASSENGER              :
CORPORATION,                             :
        Defendant            :

## ANSWER OF DEFENDANT
## NATIONAL RAILROAD PASSENGER CORPORATION
## TO PLAINTIFF'S COMPLAINT

### NATURE OF ACTION

1. The defendant denies the allegations contained in this paragraph of the plaintiff's complaint.

### JURISDICTION

2. The defendant admits jurisdiction is proper.

### PARTIES

3. The defendant neither admits or denies the allegations contained in this paragraph of the plaintiff's complaint as the defendant is without sufficient knowledge or information to form a belief as to the truth of the matter asserted.

4. Admitted.

### FACTS

5. Admitted.

6. The defendant neither admits or denies the allegations contained in this paragraph of the plaintiff's complaint as the defendant is without sufficient knowledge or information to form a belief as to the truth of the matter asserted.

7. The defendant neither admits or denies the allegations contained in this paragraph of the plaintiff's complaint as the defendant is without sufficient knowledge or information to form a belief as to the truth of the matter asserted.

8. The defendant neither admits or denies the allegations contained in this paragraph of the plaintiff's complaint as the defendant is without sufficient knowledge or information to form a belief as to the truth of the matter asserted.

## AS AND FOR A FIRST CAUSE OF ACTION

9. The defendant, repeats, reiterates and incorporates by reference each and every admission and denial as to each and every allegation contained in paragraphs 1 through 8 of the plaintiff's complaint with the same force and effect as if each were separately set forth herein at length.

10. Denied.

11. Denied.

12. Denied.

WHEREFORE, the defendant denies that the plaintiff is entitled to recover in any amount and demands that the complaint be dismissed and judgment be entered in favor of the defendant for the costs and disbursements of this action.

## AFFIRMATIVE DEFENSES

1. The Plaintiff was comparatively or contributorily negligent and his recovery must be reduced or denied accordingly.

2. The Plaintiff failed to mitigate damages, including but not limited to failing to accept alternative employment when offered, and his recovery, if any, must be denied or diminished accordingly.

3. Plaintiff's damages, if any, are attributable to conditions, pre-existing or otherwise, and said damages are reasonably capable of being apportioned amongst the various conditions and the damages allegedly caused by this defendant pursuant to the Restatement (Second) of Torts §433A. Plaintiff's recovery against this defendant for these other conditions, pre-existing or otherwise, must be denied.

4. Plaintiff's damages, if any, are attributable to causes other than the acts or omissions of this Defendant and are capable of being apportioned amongst the causes pursuant to the Restatement (Second) of Torts §433A. Recovery must be denied for injuries not attributable to this Defendant.

5. Plaintiff has no future damages and is capable of returning to his former employment.

## JURY DEMAND

The defendant, National Railroad Passenger Corporation demands a trial by jury on all issues and designates Paul E. Dwyer, Jr., as trial counsel.

Respectfully submitted,

EDWARDS & ANGELL, LLP

By: *Paul E. Dwyer*

Paul E. Dwyer, Jr. (#3956)
Attorneys for Defendant
National Railroad
Passenger Corporation
2800 Financial Plaza
Providence, RI 02903-2499
(401) 274-9200
(401) 276-6611 (facsimile)

DATED: October 25, 2004

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2004, I served a copy of the within document by causing a copy to be sent via U.S. Mail, first class, postage pre-paid to the above-named counsel.

TO:    George J. Cahill, Jr., Esquire
Cahill, Goetsch & Maurer, P.C.
43 Trumbull Street
New Haven, CT 06510

*Paul E. Dwyer, Jr. [signature]*

Paul E. Dwyer, Jr.