UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID PRONK
        Plaintiff

v.

NATIONAL RAILROAD PASSENGER
CORPORATION,
        Defendant

C.A. No.:   04-11834 RWZ

**MOTION OF DEFENDANT,
NATIONAL RAILROAD PASSENGER CORPORATION,
FOR AN ORDER EXTENDING TIME
TO RESPOND TO DISCOVERY REQUESTS**

Now comes the defendant, National Railroad Passenger Corporation (hereinafter "Amtrak") pursuant to Fed.R.Civ.P. 6 and moves this Court for an order granting Amtrak up to and including January 22, 2005, to respond to plaintiff's discovery requests.

**Counsel for defendant has discussed the proposed extension of time with plaintiff's counsel and plaintiff's counsel has no objection.**

Respectfully submitted,

*Paul E. Dwyer*
Paul E. Dwyer, Jr., Esq. (BBO #553848)
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200

ARGUMENT IS NOT REQUIRED/
TESTIMONY WILL NOT BE REQUESTED

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2004, I served a copy of the within document by causing a copy to be sent via U.S. Mail, first class, postage pre-paid to the above-named counsel.

TO:    George J. Cahill, Jr., Esquire
       Cahill, Goetsch & Maurer, P.C.
       43 Trumbull Street
       New Haven, CT 06510

_____
Paul E. Dwyer, Jr.