IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID PRONK,

      Plaintiff,

vs.

      C.A. No.: 04-11834 RWZ

NATIONAL RAILROAD PASSENGER
CORPORATION, A/K/A AMTRAK

      Defendant

## MOTION FOR ENTRY OF APPEARANCE
## OF MARK S. LANDMAN
## PRO HAC VICE

Defendant National Railroad Passenger Corporation a/k/a Amtrak ("Amtrak") hereby requests that this Court allow attorney Mark S. Landman, leave to appear before this Court pro hac vice to represent Amtrak in the above-captioned action. In support of this motion, Amtrak states that:

1.    Mark S. Landman is a partner with the firm of Landman Corsi Ballaine & Ford P.C., 120 Broadway, New York, New York 10271, and is a member in good standing of the bars of State of New York, State of Pennsylvania, District of Columbia, Southern District of New York, Eastern District of New York, Western District of New York, Northern District of New York, District of Columbia, Eastern District of Pennsylvania, Northern District of Illinois, Eastern District of Michigan and the United States Second Circuit Court of Appeals.

2.    Mark S. Landman has represented Amtrak continuously since 1980 in a number of matters. His experience and knowledge of Amtrak's practices and procedures would greatly benefit Amtrak in this matter.

PRV 695274 1/

-2-

3. The undersigned counsel for defendant, National Railroad Passenger Corporation d/b/a Amtrak, will sign all pleadings and maintain responsibility for the matter.

**WHEREFORE**, Amtrak requests that this Court allow attorney Mark S. Landman leave to appear in this action pro hac vice as counsel for Amtrak.

**Defense counsel has conferred with plaintiffs' counsel and plaintiffs' counsel has no objection to this motion.**

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a Amtrak
By its attorneys,

/s/ Paul E. Dwyer, Jr.
Paul E. Dwyer, Jr., Esq. (#553848)
Edwards & Angell LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200

CERTIFICATE OF SERVICE

I certify that on this ___ day of February 2005, I caused a copy of the foregoing *Motion to Admit Attorney Mark S. Landman Pro Hac Vice* to be served on the plaintiff's counsel of record via first class mail, postage pre-paid.

George J. Cahill, Esq.
Cahill, Goetsch & Maurer
43 Trumbull St.
New Haven, CT 06510

/s/ Paul E. Dwyer, Jr.
Paul E. Dwyer, Jr.