

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

———————————————————X

DAVID PRONK,

    Plaintiff

VS.

NATIONAL RAILROAD PASSENGER
CORPORATION,

    Defendant

———————————————————X

CIVIL ACTION

NO. 04CV11834 (RWZ)

FEBRUARY 15, 2005

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Civil Rule 83.5.3, the plaintiff in the above-entitled matter moves for the admission *pro hac vice* of attorney Scott E. Perry. Mr. Perry's office address is 43 Trumbull Street, New Haven, Connecticut 06510. He is a member of the bar in good standing in the following jurisdictions: State of Connecticut and the State of New York; the United States District Court for the District of Connecticut and the Southern District of New York.

Furthermore, Mr. Perry has not been denied admission or disciplined by this Court or any other Court and is a member in good standing in the Courts to which he is admitted.

Mr. Perry will be serving as co-counsel with plaintiff's undersigned counsel in the above-entitled matter.

Attached hereto at Appendix A is Mr. Perry's certification pursuant to Local Rule 83.5.3(b).

Counsel for the defendant has no objection to this motion.

WHEREFORE, the plaintiff respectfully requests that this Motion for Admission of Scott E. Perry, Esquire *pro hac vice* be granted.

Respectfully submitted,

FOR THE PLAINTIFF, DAVID PRONK

By_____
George J. Cahill, Jr. (BBO #069480)
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06510
(203) 777-1000

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Admission Pro Hac Vice and attached Affidavit were mailed, first class mail, postage prepaid on this 15th day of February, 2005, to Paul E. Dwyer, Jr., Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903.

_____
George J. Cahill, Jr.

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____X

| | |
|---|---|
| DAVID PRONK, | CIVIL ACTION |
| Plaintiff | NO. 04CV11834 (RWZ) |
| VS. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | |
| Defendant | FEBRUARY 15, 2005 |

_____X

### AFFIDAVIT

STATE OF CONNECTICUT )
                     ) ss: New Haven
COUNTY OF NEW HAVEN  )

I, Scott E. Perry, am over twenty-one years old and I understand the obligations of an oath.

1. I am admitted to practice law in the Connecticut State and Federal Courts and in New York State Courts as well as the United States District Court for the Southern District of New York, and I am a member of the bar in good standing of the aforementioned courts.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

_____
Scott E. Perry

Subscribed and sworn to before me this 15th day of February, 2005.

_____
Notary Public

MARILYN A. DONROE - Notary Public
My Commission Expires 2/28/2010

AO 136 (Rev. 4/94)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

DISTRICT OF CONNECTICUT       Scott E. Perry

                              BAR #:    ct17236

I, **Kevin F. Rowe**, Clerk of the United States District Court, District of Connecticut,

DO HEREBY CERTIFY that  Scott E. Perry  was duly admitted to practice in said Court on  2/10/97 , and is a member in good standing of the bar of said Court.

Dated at New Haven, Connecticut        Kevin F. Rowe
                                       Clerk

on February 1, 2005                    _Rebecca Roe_
                                       Deputy Clerk