

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

———————————————————X

DAVID PRONK,                                     CIVIL ACTION

    Plaintiff                                      NO. 04CV11834 (RWZ)

VS.

NATIONAL RAILROAD PASSENGER
  CORPORATION,

    Defendant                                    MARCH 16, 2005

———————————————————X

### PLAINTIFF'S MOTION TO COMPEL

Pursuant to Fed. R. Civ. P. 37 and D. Mass. Loc. R. 37.1, the plaintiff hereby moves to strike defendant's objections and compel production with respect to Requests for Production ("Requests") 13, 15, 26, 27 and 28. The plaintiff also moves to compel supplemental production and responses by a date certain to several Requests and Interrogatory 2(b) to which there are no objections.

The plaintiff hereby certifies that the provisions of Fed. R. Civ. P. 37 and D. Mass. Loc. R. 37.1 were complied with on February 25 and February 28, 2005.

Respectfully submitted,

FOR THE PLAINTIFF, DAVID PRONK

By _____
Scott E. Perry
George J. Cahill, Jr. (BBO #069480)
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06510
(203) 777-1000

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid on this 16th day of March, 2005, to Paul E. Dwyer, Jr., Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, Rhode Island 02903.

_____
Scott E. Perry