FILED
IN CLERKS OFFICE

2005 MAR 21  P 2: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

——————————————————X

| | |
|---|---|
| DAVID PRONK, | CIVIL ACTION |
| Plaintiff | NO. 04CV11834 (RWZ) |
| VS. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | |
| Defendant | MARCH 18, 2005 |

——————————————————X

### PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL AND MEMORANDUM IN SUPPORT THEREOF DATED MARCH 16, 2005

The plaintiff's original Motion To Compel and Memorandum in support thereof is dated March 16, 2005. The plaintiff hereby withdraws his March 16 dated Motion To Compel and accompanying Memorandum so that he can file an Amended Motion To Compel and Amended Memorandum in its place.

Respectfully submitted,

FOR THE PLAINTIFF, DAVID PRONK

By *[signature]*
Scott E. Perry
George J. Cahill, Jr. (BBO #069480)
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06510
(203) 777-1000

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid on this __18__ day of March, 2005, to Paul E. Dwyer, Jr., Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, Rhode Island 02903.

*[signature]*
Scott E. Perry