UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____X

DAVID PRONK,                                    CIVIL ACTION

    Plaintiff                                   NO. 04CV11834 (RWZ)

VS.

NATIONAL RAILROAD PASSENGER
  CORPORATION,

    Defendant                                   MARCH 18, 2005

_____X

### PLAINTIFF'S AMENDED MOTION TO COMPEL[1]

Pursuant to Fed. R. Civ. P. 37 and D. Mass. Loc. R. 37.1, the plaintiff hereby moves to strike defendant's objections and compel production with respect to Requests for Production ("Requests") 3, 13, 15, 26, 27 and 28. The plaintiff also moves to compel supplemental production and responses by a date certain to several Requests and Interrogatory 2(b) to which there are no objections.

### REQUEST FOR ORAL ARGUMENT

The plaintiff requests oral argument on the instant motion.

The plaintiff hereby certifies that the provisions of Fed. R. Civ. P. 37 and D. Mass. Loc. R. 37.1 were complied with on February 25, February 28, March 15 and March 18.

Respectfully submitted,

FOR THE PLAINTIFF, DAVID PRONK

By _____
Scott E. Perry
George J. Cahill, Jr. (BBO #069480)
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06510
(203) 777-1000

---

[1] The plaintiff's original Motion To Compel and Memorandum in support thereof was dated March 16, 2005. The plaintiff has withdrawn the March 16 dated Motion and Memorandum and submitted this Amended Motion To Compel and an Amended Memorandum in its place.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid on this __18__ day of March, 2005, to Paul E. Dwyer, Jr., Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, Rhode Island 02903.

_____
Scott E. Perry