UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAVID PRONK | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | C.A. No.:  04-11834 RWZ |
| | : | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | : | |
|     Defendant | : | |

## DEFENDANT, NATIONAL RAILROAD PASSENGER CORP.'S OBJECTION TO TO PLAINTIFF'S MOTION TO COMPEL

Now comes the Defendant, National Railroad Passenger Corporation, and objects to Plaintiff's Motion to Compel Responses to Discovery. In support of its Objection, Defendant relies upon its attached Memorandum of Law.

    Defendant,
    NATIONAL RAILROAD PASSENGER
    CORPORATION,
    By its attorneys,

    */s/ Paul E. Dwyer*
    Paul E. Dwyer, Jr. (BBO # 553848)
    Edwards & Angell LLP
    2800 Financial Plaza
    Providence, RI  02903-2499
    Tel:  (401) 274-9200

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2005, I served a copy of the within document by causing a copy to be sent via U.S. Mail, first class, postage pre-paid to the above-named counsel.

TO:    George J. Cahill, Jr., Esquire
           Cahill, Goetsch & Maurer, P.C.
           43 Trumbull Street
           New Haven, CT  06510

/s/ Paul E. Dwyer, Jr.
Paul E. Dwyer, Jr.