UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID PRONK               :
      Plaintiff    :
                          :
v.                        :    C.A. No.:    04-11834 RWZ
                          :
NATIONAL RAILROAD PASSENGER :
CORPORATION,              :
      Defendant    :

**STIPULATION OF DISMISSAL**

    It is understood and agreed between all parties herein that this matter can be dismissed with prejudice, no interest or costs.

_____        _____
Paul E. Dwyer, Jr. (BBO # 553848)        George J. Cahill, Jr.
Edwards & Angell, L.L.P.                 Cahill, Goetsch & Maurer P.C.
2800 Financial Plaza                     43 Trumbull Street
Providence, RI 02903-2499                New Haven, CT 06510
Tel: (401) 274-9200                      Tel: (203) 777-1000


Dated: 5/23, 2005